**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DEMETRIUS A. HUMBLES,                    )
                                         )
       Petitioner,                   )
                                         )
     vs.                              )          Case No.   4:10CV1072 JCH
                                         )
TROY STEELE,                             )
                                         )
       Respondent.                   )

<u>**ORDER**</u>

     This matter is before the Court on petitioner's motion to proceed in forma pauperis.

Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to

afford to pay the filing fee.  Consequently, the Court will grant the motion.  <u>See</u> 28 U.S.C.

§ 1915.

     Accordingly,

     **IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is

**GRANTED**.

     Dated this <u>25th</u> day of June, 2010.


                                   /s/ Jean C. Hamilton
                                   JEAN C. HAMILTON
                                   UNITED STATES DISTRICT JUDGE